## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Harold K. Waldman,                                       :
                      Appellant                :
                                              :
             v.                                   :          No. 12 C.D. 2021
                                              :
Borough of Fox Chapel                                    :
Zoning Hearing Board and                                 :
Borough of Fox Chapel and                                :
James and Christine Luketich                             :

**PER CURIAM**                         **O R D E R**


       NOW, April 11, 2023, having considered Appellant's application for reargument, and Appellees James and Christine Luketich's answer in response thereto, the application is DENIED.